IN THE SUPREME COURT OF TEXAS

 No. 04-0971

 IN RE FORD MOTOR COMPANY

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for stay, filed October 28, 2004, is
granted. The order dated October 21, 2004, in Cause No. 2002-04-01485-B,
styled Cruz Macias Galvan, et al. v. Ford Motor Company, et al., in the
138th District Court of Cameron County, Texas, is stayed pending further
order of this Court.

 2. The real party in interest is requested to respond to relator's
petition for writ of mandamus no later than 3:00 p.m., November 12, 2004.

 Done at the City of Austin, this 28th day of October, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk